**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

-----

**No. 01-6852**

-----

CARNELL HUNNICUTT,

Plaintiff - Appellant,

versus

VIRGINIA DEPARTMENT OF CORRECTIONS; R. A.
YOUNG; S. K. YOUNG; A. P. HARVEY; R. B.
PHILLIPS; CHAPLAIN MITCHELL,

Defendants - Appellees.

-----

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-01-254-7)

-----

Submitted: August 9, 2001      Decided: August 17, 2001

-----

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

-----

Affirmed by unpublished per curiam opinion.

-----

Carnell Hunnicutt, Appellant Pro Se.

-----

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carnell Hunnicutt appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint for failure to comply with the conditional filing order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hunnicutt v. Virginia Dep't of Corrections, No. CA-01-254-7 (W.D. Va. Apr. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2